ERIC K. STRYKER, ESQ.
Nevada Bar No. 005793
JORDAN W. MONTET, ESQ.
Nevada Bar No. 14743
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Eric.Stryker@wilsonelser.com
Jordan.Montet@wilsonelser.com
*Attorney for MANDARA PSLV, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ARMITAGE, individually,<br><br>Plaintiff,<br><br>v.<br><br>MANDARA PSLV, LLC, a Delaware Limited-Liability Company, DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | No.:<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332 and 1441(b) (DIVERSITY JURISDICTION)** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendant **MANDARA PSLV, LLC ("Mandara" or "Defendant")**, by and through their counsel of record, Jordan W. Montet, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, gives Notice of Removal of this action from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1441(b) (diversity jurisdiction) and all other applicable bases for removal.

In support of its Notice of Removal, DEFENDANT avers as follows:

**Timing of Removal**

1. On May 29, 2018, Plaintiff Mary Armitage ("Plaintiff") filed a Summons and Complaint in the District Court of the State of Nevada, in and for the County of Clark, as Civil Action No. A-18-775206-C. *See* **Exhibit A**, Complaint.

2. On May 29, 2018, Plaintiff served a copy of the Summons and the Complaint on

Defendant.

3. In accordance with 28 U.S.C. § 1446(b), Defendant's Notice of Removal is being filed within 30 days after the initial service of the Complaint on Defendant. *See* **Exhibit B**, Summons.

### Location and Venue of Removal

4. In accordance with 28 U.S.C. § 1446(a), this Notice is filed in the District Court of the United States in which the action is pending.

5. Defendant seeks to remove this case to the United States District Court for the District of Nevada, which is the District Court embracing the place where the State Court Action has been filed. *See* 28 U.S.C. § 1441(a).

6. Venue lies in this Court because Plaintiff's action was filed in the District Court of Clark County, Nevada and is pending in this District. *See* 28 U.S.C. § 1441(a). Further, pursuant to the allegations in Plaintiff's Complaint, this Court is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 298 USC § 1391(b)(2).

### Consent of All Defendants

7. Generally, all defendants must consent to removal of a state action to federal court. 28 U.S.C. § 1446(b); *Vasquez v. North Cty. Transit Dist.*, 292 F.3d 1049, 1060 (9th Cir. 2002). However, that rule only applies "to defendants properly joined and served in the action." *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988).

8. The "rule of unanimity" of defendants consenting to removal "does not apply to … unknown … parties." *Emrich*, 846 F.2d at 1193 n.1.

9. Defendants "DOES I through X" and "ROE Corporations XI through XX" are the only other Defendants in this action, and remain yet to be identified. Thus same are to be disregarded for the purposes of this removal. *See id.*; 28 U.S.C. § 1441(b)(1).

10. Thus, because Defendant is the only identified party that has been served and Defendant is filing this Notice of Removal, all defendants have consented to removal.

///

///

**Federal Court's Jurisdiction over Plaintiff's Claims**

11. This action falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332, (diversity of citizenship), and has been properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

12. Based on representations received from Plaintiff, it is known that Plaintiff resides in the State of New York.

13. Defendant Mandara PSLV, LLC, is a Florida corporation with its principal place of business located in the State of Florida.

14. The only member of the Mandara PSLV, LLC is Steiner U.S. Holdings, Inc., which is a Florida corporation with its principal place of business located in the State of Florida.

15. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332 because the requisite diversity of citizenship exists, between the Plaintiffs and the Mandara PSLV, LLC, Defendants.

16. It is clear that the amount in controversy in the instant case likely exceeds $75,000. When determining the amount in controversy for purposes of removal jurisdiction, the Court may consider the allegations of the complaint. See *Baker v. Firestone Tire and Rubber Co., Inc.*, 537 F. Supp. 244 (S.D. Fla. 1982); see also *Chapman v. Deutsche Bank Nat'l Trust Co.*, 651 F.3d 1039, 1044 (9th Cir. 201).

17. The allegations in the instant Complaint state that Plaintiff has suffered general damages in excess of $15,000 and special damages in an amount in excess of $15,000, plus costs and attorney's fees. See Exhibit A.

18. Plaintiff's Complaint alleges damages for future services, care, and treatment. Complaint at ¶ 12. Plaintiff's Complaint further alleges: "[a]s a direct and proximate result of Defendants' negligence, Plaintiff received medical and other treatments for injuries sustained to her body, limbs, organs and nervous systems, all or some of which conditions may be permanent and disabling…" *Id.*

19. Plaintiff's Complaint further alleges damages for loss of enjoyment of life. Complaint at ¶ 13.

///

20. This court has awarded damages in excess of $75,000 for similar injuries to those alleged by Plaintiff. See *Robert W. Shelton, et al. v. Gregory D. MacMillan, et al*; 2010 Jury Verdicts LEXIS 41951, 3:08-cv-00017-ECR-VPC (D. NV May 04, 2010); *Gordon M. Cowan v. United States of America*; 2007 Jury Verdicts LEXIS 54597, 3:06-cv-00243 (D. NV April 18, 2007).

### Copies of All Filings in State Court Action

21. In accordance with 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendant Mandara PSLV, LLC are attached as Exhibits hereto.

22. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

23. A true and correct copy of the Summons is attached hereto as **Exhibit B**.

24. A true and correct copy of Plaintiff's Initial Appearance Fee Disclosure as **Exhibit C**.

25. A true and correct copy of Plaintiff's Demand for Jury Trial as **Exhibit D**.

26. A true and correct copy of Plaintiff's Proof of Service as **Exhibit E**.

### Service of Notice on Plaintiff and the State Court

27. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Eighth Judicial District Court of Clark County, Nevada and with the Clerk of the District of Nevada.

28. As required by 28 U.S.C. § 1446(d), this Notice of Removal is accompanied by the Notice of Removal filed in State Court, a copy of which is attached hereto as **Exhibit F**.

WHEREFORE, Defendant hereby files this Notice of Removal from the Clark County District Court.

DATED this 27th day of June, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Eric K. Stryker, Esq.*
Eric K. Stryker, Esq.
Nevada Bar No. 005793
300 South 4th Street, 11th Floor
Las Vegas, Nevada 85004
(702) 727-1246
*Attorneys for Defendant Mandara PSLV, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on the 27th day of June, 2018, I electronically filed and served a true and accurate copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332 & 1441(b) (Diversity Jurisdiction)**, to all parties on file with the CM/ECF:

Adam D. Smith, Esq.
SMITH CARBAJAL
2340 Paseo Del Prado, Suite D203
Las Vegas, NV 89102

Hector J. Cabajal II, Esq.
SMITH CARBAJAL
2340 Paseo Del Prado, Suite D203
Las Vegas, NV 89102

/s/   *Adrina Harris*
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

## Mary Armitage v. Mandara PSLV, LLC

### NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. 1332 AND 1441(b) (DIVERSITY JURISDICTION)

Exhibit "A"   Complaint filed 5/29/2018

Exhibit "B"   Summons filed 5/29/2018

Exhibit "C"   Plaintiff's Initial Appearance Fee Disclosure

Exhibit "D"   Plaintiff's Demand for Jury Trial

Exhibit "E"   Plaintiff's Proof Service

Exhibit "F"   Defendant's Notice of Removal of Action to Federal Court Under 28 U.S.C. 1332 & 1441(b) (Diversity Jurisdiction)

1336459v.1